IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADRIENNE FRASER,

    Plaintiff,

  v.

KIND LLC, *et al.*,

    Defendants.

                              /

No. C 16-04766 WHA

**ORDER APPROVING STIPULATION TO STAY CASE**

      The parties have stipulated to stay this action pending the outcome of the appeal in another case that plaintiff's counsel brought in the Eastern District of California. That case, *Fitzpatrick v. Tyson Foods, Inc.*, relied on the same legal theory that plaintiff asserts in the instant action, and was ultimately dismissed. This order **APPROVES** the stipulation and **STAYS** the case pending the outcome of the appeal in *Fitzpatrick*. The parties shall submit a joint status report updating the Court on the progress of the appeal by **MARCH 29, 2017, AT NOON**.

      **IT IS SO ORDERED.**

Dated: December 2, 2016.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE